UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LAURIE K. GLODE, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-00318-JM |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
|     Defendant ) | |

NOW COME the Plaintiff, Laurie Glode, and the Defendant, Unum Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| Laurie Glode | Unum Life Insurance |
| By Her Attorney, | Company of America |
| | By Its Attorney, |
| | |
| /s/ Vicki S. Roundy | /s/ Geraldine G. Sanchez |
| Vicki S. Roundy | Geraldine G. Sanchez |
| Roundy Law Offices | Pierce Atwood LLP |
| 42 Littleworth Road | One Monument Square |
| Dover, NH  03820 | Portland, ME  04101 |
| (603) 743-4800 | (207) 791-1100 |

DATED:   January 12, 2006

{W0431017.1}